428 A.2d 973

**Hilliard PRESTON and Marissa A. Preston, his wife, and Marvin Burwasser and Louis Weiner**

**v.**

**INSURANCE PLACEMENT FACILITY OF PENNSYLVANIA.**

**Appeal of Hilliard PRESTON and Marissa A. Preston.**

Supreme Court of Pennsylvania.

Argued April 21, 1981.

Decided May 5, 1981.

Jay I. Bomze, Martin J. Resnick, Norman P. Zarwin, Philadelphia, for appellant.

Stephen A. Cozen, Philadelphia, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The order of the Superior Court, 263 Pa.Super. 596, 400 A.2d 624, is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.